No. 02–5396. WHITAKER v. VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5397. ROGERS v. WETHERINGTON, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 02–5398. REED v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–5399. SINGLETON v. FLOYD, SUPERINTENDENT, GLADES CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5400. ROGERS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–5401. SIMMONS v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 02–5402. BROWN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5403. WASHINGTON v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5404. THOMAS v. DOBRE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5406. MOVSESYAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5407. PRICE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5408. HARRIS v. STATE FARM LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 02–5409. BECKER v. YOUNG ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–5410. BRITTAIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.